ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com

CHRISTOPHER J. NEUMANN, ESQ.
*Admitted Pro Hac Vice*
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Email: neumannc@gtlaw.com

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SUZANNE SEKULER, | CASE NO. 2:19-cv-01585-KJD-BNW |
| Plaintiff, | |
| v. | |
| C. R. BARD, INC.; BARD PERIPHERAL VASCULAR, INCORPORATED, | |
| Defendants. | |

**STIPULATION AND ORDER TO EXTEND DISCOVERY**

**AND PRE-TRIAL DEADLINES**

Comes now, Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Bard" or "Defendants") and Plaintiff Suzanne Sekuler ("Plaintiff"), by and through their undersigned counsel of record, pursuant to LR IA 6-2, and hereby stipulate that all existing discovery and pre-trial deadlines are extended by ninety (90) days. This stipulation is entered into as a result of complications and difficulties related to the current national emergency caused by the spread of COVID-19.

- 1 -

For the foregoing reasons, the parties stipulate and request that this Court modify the Stipulated Discovery Plan and Scheduling Order, Dkt. 24, as follows:

| PROPOSED DATE | DEADLINE |
|---|---|
| November 22, 2019 | The Parties shall exchange Rule 26(a) Initial Disclosures.<br><br>The Plaintiff shall produce a list of medical providers for the period of time from ten years before placement of the Bard filter at issue in the case to the present, and shall sign standard medical and other records release authorizations agreed upon by the parties. |
| November 22, 2019 | The Parties shall join other parties and amend the pleadings. |
| December 6, 2019 | Plaintiff shall produce the completed Plaintiff Fact Sheet and related information utilized in the *In re: C. R. Bard, Inc. IVC Filter MDL*, attached as **Exhibit A**. The parties agree that the terms incorporated into the Plaintiff Fact Sheet form adopted in MDL 2641 and Federal Rules of Civil Procedure 26, 33, 34, and 37 shall apply to the completion and supplementation of the Plaintiff Fact Sheet. The parties agree that any additional case-specific written discovery such as Interrogatories or Request for Production will be limited and targeted to the specific facts of this case. |
| January 10, 2020 | Defendants shall produce the Defendant's Fact Sheet and related information utilized in the *In re: C. R. Bard, Inc. IVC Filter MDL*, attached as **Exhibit B.** The parties agree that the terms incorporated into the Defendant Fact Sheet form adopted in MDL 2641 and Federal Rules of Civil Procedure 26, 33, 34, and 37 shall apply to the completion and supplementation of the Defense Fact Sheet. The parties agree that any additional case-specific written discovery such as Interrogatories or Request for Production will be limited and targeted to the specific facts of this case. |
| October 8, 2020 | Case-specific fact discovery closes. |
| October 22, 2020 | The Plaintiff shall produce case-specific expert reports. |
| November 26, 2020 | The Defendants shall produce case-specific expert reports. |
| December 17, 2020 | The Plaintiff shall produce any case-specific rebuttal expert reports. |
| January 11, 2021 | The Defendants shall produce any rebuttal expert reports. |

ACTIVE 49804165v1

| Proposed Date | Deadline |
|---|---|
| January 25, 2021 | Deadline to depose the Plaintiff's case-specific experts about their case-specific reports. |
| March 1, 2021 | Deadline to depose the defendants' case-specific experts about their case-specific reports. |
| April 12, 2021 | Deadline to file Daubert motions and other dispositive motions. |

**IT IS SO STIPULATED**.

Dated this 2nd day of April 2020.  
WETHERALL GROUP, LTD.

By:   */s/ Peter C. Wetherall*  
    PETER C. WETHERALL, ESQ.  
    Nevada Bar No. 4414  
    pwetherall@wetherallgroup.com  
    9345 W. Sunset Road, Suite 100  
    Las Vegas, Nevada 89148  
    Telephone: (702) 838-8500  
    Facsimile: (702) 837-5081

*Counsel for Plaintiff*

Dated this 2nd day of April 2020.  
GREENBERG TRAURIG, LLP

By:   */s/ Eric W. Swanis*  
    ERIC W. SWANIS, ESQ.  
    Nevada Bar No. 6840  
    swanise@gtlaw.com  
    10845 Griffith Peak Drive, Suite 600  
    Las Vegas, Nevada 89135

    CHRISTOPHER J. NEUMANN, ESQ.  
    neumannc@gtlaw.com  
    GREENBERG TRAURIG, LLP  
    1144 15th Street, Suite 3300  
    Denver, Colorado 80202  
    Telephone: (303) 572-6500

*Counsel for Defendants*

**IT IS SO ORDERED.**

BRENDA WEKSLER  
UNITED STATES MAGISTRATE JUDGE

Dated this  3rd  day of April 2020.

## **CERTIFICATE OF SERVICE**

I hereby certify that on **April 2, 2020**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

<em>/s/ Evelyn Escobar-Gaddi</em><br>
An employee of GREENBERG TRAURIG, LLP

ACTIVE 49804165v1