ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com

CHRISTOPHER J. NEUMANN, ESQ.*
*Admitted Pro Hac Vice*
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Email: neumannc@gtlaw.com

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SUZANNE SEKULER,<br><br>     Plaintiff,<br><br>v.<br><br>C. R. BARD, INC.; BARD PERIPHERAL VASCULAR, INCORPORATED,<br><br>     Defendants. | CASE NO. 2:19-cv-01585-KJD-EJY<br><br>**STIPULATION TO EXTEND DISCOVERY AND PRE-TRIAL DEADLINES**<br><br>**(SECOND REQUEST)** |

Comes now, Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Bard" or "Defendants") and Plaintiff Suzanne Sekuler ("Plaintiff"), by and through their undersigned counsel of record, pursuant to LR IA 6-2, and hereby stipulate that the discovery deadlines are extended by sixty (60) days.

This Stipulation is entered into as a result of the current national emergency caused by the spread of COVID-19.  The process of collecting and reviewing medical records in this case is taking longer than originally anticipated because of hospital delays resulting from their efforts

1

to focus on the pandemic. Additionally, the Parties have been engaged in settlement discussions and have exchanged materials relating to the same.

Pursuant to Federal Rules of Civil Procedure 6(b) and 26, and the Court's inherent authority and discretion to manage its own docket, this Court has the authority to grant the requested extension. Fed. R. Civ. P. 6(b) ("When an act may or must be done within a specified time the court may, for good cause, extend the time...."); Fed. R. Civ. P. 26(a) ("A party or any person from whom discovery is sought may move for a protective order in the court where the action is pending . . . The court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense."). Furthermore, Federal Rules of Civil Procedure 26(c) and 26(d) vest the Court with authority to limit the scope of discovery or control its sequence. *Crawford-El v. Britton*, 523 U.S. 574, 598 (1998) ("Rule 26 vests the trial judge with broad discretion to tailor discovery narrowly and to dictate the sequence of discovery.").

This Court therefore has broad discretion to extend deadlines or stay proceedings as incidental to its power to control its own docket – particularly where, as here, such action would promote judicial economy and efficiency. *Bacon v. Reyes*, 2013 U.S. Dist. LEXIS 143300, at *4 (D. Nev. Oct. 3, 2013) (*citing, Munoz-Santana v. U.S. I.N.S.*, 742 F.2d 561, 562 (9th Cir. 1984)) ("Whether to grant a stay is within the discretion of the court"); *Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1109 (9th Cir. 2005) ("A district court has discretionary power to stay proceedings in its own court."); *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.").

For the foregoing reasons, the parties stipulate and request that this Court modify the Stipulated Discovery Plan and Scheduling Order, Dkt. 36, as follows:

/ / /

/ / /

/ / /

/ / /

| PROPOSED DATE | DEADLINE |
|---|---|
| December 8, 2020 | Case-specific fact discovery closes. |
| December 22, 2020 | The Plaintiff shall produce case-specific expert reports. |
| January 26, 2021 | The Defendants shall produce case-specific expert reports. |
| February 17, 2021 | The Plaintiff shall produce any case-specific rebuttal expert reports. |
| March 11, 2021 | The Defendants shall produce any rebuttal expert reports. |
| March 25, 2021 | Deadline to depose the Plaintiff's case-specific experts. |
| April 30, 2021 | Deadline to depose the Defendants' case-specific experts. |
| June 11, 2021 | Deadline to file Daubert motions and other dispositive motions. |

**IT IS SO STIPULATED**.

Dated this 31st day of July 2020
WETHERALL GROUP, LTD.

By: */s/ Peter C. Wetherall*
PETER C. WETHERALL, ESQ.
Nevada Bar No. 4414
pwetherall@wetherallgroup.com
9345 W. Sunset Road, Suite 100
Las Vegas, Nevada  89148
Telephone: (702) 838-8500
Facsimile: (702) 837-5081

*Counsel for Plaintiffs*

Dated this 31st day of July 2020
GREENBERG TRAURIG, LLP

By: */s/ Eric W. Swanis*
ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
swanise@gtlaw.com
10845 Griffith Peak Drive, Ste. 600
Las Vegas, Nevada  89135

GREENBERG TRAURIG, LLP
CHRISTOPHER J. NEUMANN, ESQ.*
neumannc@gtlaw.com
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
*Admitted Pro Hac Vice*

*Counsel for Defendants*

**IT IS SO ORDERED.**

_____
BRENDA WEKSLER
United States Magistrate Judge

Dated this __3rd__ day of __August__ 2020.

3